KENNETH A. RUSHTON (2827)
Attorney for Trustee
P.O. Box 212
Lehi, Utah 84043
Telephone: (801) 768-8416



FILED IN THE UNITED STATES BANKRUPTCY COURT
2009 DEC -1 PM 12: 01
DISTRICT OF UTAH
MAIL

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

### DEPOSIT OF UNCLAIMED FUNDS

| In Re: | Chapter 7 |
|---|---|
| WILLIAM H. MOORE<br>MARY DIANE MOORE | Bankruptcy No. 08-27610 |
| Debtors. | |

Kenneth A. Rushton, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. On November 7, 2009, Check # 101, in the amount of $179.98 was issued to William and Mary Moore.

2. Said check was returned unclaimed by the postal department.

3. The unclaimed funds are on deposit in JP Morgan Chase Bank, Account # 312240658666.

4. The last known name and address of the payee, to which the check was sent, is as follows:

   William and Mary Moore
   231 West Center
   Laverkin, Utah 84745

5. A check in the amount of $179.98, representing said unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this 30 day of November, 2009.

_____
KENNETH A. RUSHTON, Trustee



## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Unclaimed Funds to the parties listed below by depositing the same in the United States mail, postage prepaid, this _30_ day of _November_, 2009.

United States Trustee
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, Utah 84111